UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MILFORD GANGADEEN, RONALD BROW,　　　　　Civ. No.: 07 Civ 10965 (DLC)
SHARON HALLOWAY, and AKINDRA REAPE,

　　　　　　　　　Plaintiff,　　　　　　　　**AFFIDAVIT OF SERVICE**

　　-against-

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF HEALTH AND MENTAL HYGIENE,
THOMAS R. FRIEDEN, SARAH BEATRICE, THOMAS J.
BREUERS, and MEYER, SUOZZI, ENGLISH, & KLEIN, P.C.,

　　　　　　　　　Defendants.
------------------------------------------------------------X

　　I, JEFFREY ROSENBERG, being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and reside in New York State.

　　On the 5th day of December, 2007, at 10:00 am at 100 CHURCH STREET, NEW YORK, NY 10007, I served the within SUMMONS AND COMPLAINT by delivering a true copy thereof personally to TAMEKIA MENDES-GAMMON, who indicated that she was authorized to accept service on behalf of THE CITY OF NEW YORK.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate Age: 30
Color of Skin: BLACK
Color of Hair: BLACK
Sex: F

Dated: New York, New York
　　　　December 5, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Jeffrey Rosenberg

Sworn to before me this

___5___ day of ___December___, 2007

_____
Notary Public
WALTER S. HARMAN JR.
Notary Public, State of New York
No. 02HA...
Qualified in New York County
Commission Expires ...