UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILFORD GANGADEEN, RONALD BROW, SHARON HALLOWAY and AKINDRA REAPE,

                          Plaintiff(s),

-against-

THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, THOMAS R. FRIEDEN, SARAH BEATRICE, THOMAS J. BREUERS and MEYER, SUOZZI, ENGLISH & KLEIN, P.C.,

                          Defendant(s).

Index: 07 CV 10965 (DLC)

Pursuant to this Court's Rule 41(a), Plaintiffs, by their counsel hereby agree and stipulate that the Complaint against defendant Meyer, Suozzi, English & Klein, P.C. in the above action be dismissed with prejudice.

The other defendants have not yet filed an Answer to the Complaint.

Dated:    New York, New York
            December 17, 2007

MILFORD GANGADEEN, RONALD BROW,
SHARON HALLOWAY and AKINDRA REAPE

_____
By: Walker G. Harman, Jr., Esq.
Attorneys for Plaintiff
1350 Broadway, Suite 1510
New York, New York 10018
(212) 425-2600

91428