UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MILFORD GANGADEEN, RONALD BROW, SHARON HALLOWAY, and AKINDRA REAPE,

                         Plaintiffs,

- against -

THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, THOMAS R. FRIEDEN, SARAH BEATRICE and, THOMAS J. BREUERS,

                         Defendants.

**NOTICE OF APPEARANCE**

07 Civ 10965 (DAC)

**PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendants The City Of New York, New York City Department Of Health and Mental Hygiene and Thomas R. Frieden ("City Defendants") in the above-referenced action.

I respectfully request that any future correspondence or ECF notifications relating to this matter be addressed to me.

Dated:    New York, New York
              March 13, 2008

                                                   Yours, etc.,

                                                   MICHAEL A. CARDOZO
                                                   Corporation Counsel, the City of New York
                                                   Attorney for City Defendants
                                                   100 Church Street, Room 2-171
                                                   New York, N.Y. 10007
                                                   (212) 788-0897

                     By: _____
                                               ISAAC KLEPFISH
                                             Assistant Corporation Counsel (IK3478)

07 Civ 10965 (DAC)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| MILFORD GANGADEEN, RONALD BROW, SHARON HALLOWAY, and AKINDRA REAPE,<br><br>                                        Plaintiffs,<br><br>- against -<br><br>THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, THOMAS R. FRIEDEN, SARAH BEATRICE and, THOMAS J. BREUERS,<br><br>                                        Defendants. |
| NOTICE OF APPEARANCE |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>        *Attorney for Defendants* The City Of New York, New York City Department Of Health and Mental Hygiene and Thomas R. Frieden,<br>        *100 Church Street*<br>        *New York, N.Y. 10007*<br><br>        *Of Counsel: Isaac Klepfish*<br>        *Tel: (212) 788-0897*<br>              *NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ......................................, 199 . . .*<br><br>*..............................................................Esq.*<br><br>*Attorney for.......................................................* |