


CHAMBERS OF
DENISE COTE

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ISAAC KLEPFISH**
Assistant Corporation Counsel
Phone:(212) 788-0897
Fax:(212) 788-0877
E-mail:iklepfis@law.nyc.gov

March 18, 2008

By Hand Delivery
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

Re: Gangadeen v. City of New York,
    07 Cv 10965 (DLC)

Dear Judge Cote:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, attorney for defendants, City of New York, New York City Department of Health and Mental Hygiene and Thomas Frieden, in the above referenced action. I write on behalf of defendants to respectfully request an adjournment of the initial pretrial conference scheduled for April 18, 2008. This request is predicated on the fact that because of the Passover Holiday I will be out of the office from April 14-April 29, 2008. Plaintiffs' counsel has consented to this request. This is defendants' first request for an adjournment.

Thank you for your consideration in this matter.

Respectfully yours,

*[signature]*

ISAAC KLEPFISH (IK-3478)
Assistant Corporation Counsel

cc: Walker G. Harman, Esq., by facsimile

*Conference is adjourned to May 8 at 11 a.m.*

*[signature] Denise Cote*
*March 19, 2008*