


# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

1350 BROADWAY, SUITE 1510, NEW YORK, NY 10018
TELEPHONE 212 425 2600   FAX 212 971 0417
WWW.THEHARMANFIRM.COM

**MEMO ENDORSED** 2008

**VIA FEDEX**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-08
```

Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re: Gangadeen, et al. v. The City of New York, et al., 07 Civ. 10965 (DC)

Dear Judge Cote:

I represent the plaintiffs in the above-referenced action and write to respectfully request, on consent of opposing counsel, an adjournment of the pre-trial conference currently scheduled for Thursday, May 8, 2008 at 12:00 pm, as I am scheduled be out of the state for the entire week. No other requests for an adjournment of this conference have been made.

Accordingly, I respectfully request a short adjournment of the conference currently scheduled for Thursday, May 8, 2008 at 12:00 pm. I am available on May 15 and May 22, as alternative dates.

Respectfully submitted,

Walker G. Harman, Jr.

Cc: Isaac Klepfish, Esq.

*Conference is adjourned to May 14 at 9:00 am.*

*Denise Cote*
*April 18, 2008*