



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ISAAC KLEPFISH**
Assistant Corporation Counsel
Phone:(212) 788-0897
Fax:(212) 788-0877
E-mail:iklepfis@law.nyc.gov

**MEMO ENDORSED**

May 2, 2008

By Hand Delivery
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
MAY 0 2 2008
CHAMBERS OF
DENISE COTE

    Re:  Gangadeen v. City of New York,
           07 Cv 10965 (DLC)

Dear Judge Cote:

       I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, attorney for defendants, City of New York, New York City Department of Health and Mental Hygiene and Thomas Frieden, in the above referenced action. I write on behalf of defendants to respectfully request an adjournment of the initial pretrial conference scheduled for May 14, 2008 as I have a deposition that day. Plaintiffs' counsel has consented to this request. I have spoken to plaintiffs' counsel and both parties are available for the conference on the afternoon of May 13, 2008. I have also confirmed with chambers that this date and time are available for a conference.

       Thank you for your consideration in this matter.

Respectfully yours,

*[signature]*

ISAAC KLEPFISH (IK-3478)
Assistant Corporation Counsel

cc:    Walker G. Harman, Esq., by facsimile

*The conference is adjourned to May 13 at 2:30 pm.*

*[signature] Denise Cote*
*May 5, 2008*