```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
MILFORD GANGADEEN, RONALD BROW, SHARON   :
HALLOWAY, and AKINDRA REAPE,             :    07 CIV. 10965 (DLC)
                                         :
                    Plaintiffs,          :       PRETRIAL
                                         :    SCHEDULING ORDER
          -v-                            :
                                         :
THE CITY OF NEW YORK, NEW YORK CITY      :
DEPARTMENT OF HEALTH & MENTAL HYGIENE,   :
THOMAS R. FRIEDEN, SARAH BEATRICE,       :
THOMAS J. BREUERS, and MEYER, SUOZZI,    :
ENGLISH & KLEIN, P.C.,                   :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-08

DENISE COTE, District Judge:

　　　As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on May 13, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.　　The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **May 30, 2008.**

2.　　Plaintiffs shall provide their medical release forms to the defendants by **May 30, 2008.**

3　　No additional parties may be joined or pleadings amended after **June 20, 2008.**

4.　　The parties are instructed to contact the chambers of Magistrate Judge Ellis prior to **October 31, 2008** in order to pursue settlement discussions under his supervision.

5.　　All fact discovery must be completed by **December 19, 2008.**

6.　　Plaintiffs' identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **January 16, 2009.** Defendants' identification of experts and disclosure of expert testimony must occur by **February 6, 2009.**

7.　　All expert discovery must be completed by **February 27, 2009.**

8.  The following motion will be served by the dates indicated below.

    Any motion for summary judgment

    -   Motion served by **March 20, 2009**
    -   Opposition served by **April 10, 2009**
    -   Reply served by **April 17, 2009**

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

9.  In the event no motion is filed, the Joint Pretrial Order must be filed by **March 20, 2009**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         May 14, 2008

                                   _____
                                         DENISE COTE
                                   United States District Judge