UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- -X
                :

MILFORD GANGADEEN, RONALD BROW,   :   07 CIV. 10965 (DLC)
SHARON HALLOWAY, and AKINDRA REAPE,  :   (RLE)*
                :
          Plaintiffs,          :
                :   ORDER OF
     -v-              :   REFERENCE TO A
                :   <u>MAGISTRATE JUDGE</u>

THE CITY OF NEW YORK, NEW YORK CITY   :
DEPARTMENT OF HEALTH & MENTAL HYGIENE, :
THOMAS R. FRIEDEN, SARAH BEATRICE,   :
THOMAS J. BREUERS, and MEYER, SUOZZI,  :
ENGLISH & KLEIN, P.C.,            :
                :
          Defendants.       :
------------------------------------------------------------- -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-08
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose: _____ |
| | _____ | | |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
           May 14, 2008

                                              _____
                                              DENISE COTE
                                              United States District Judge