# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

1350 BROADWAY, SUITE 1510, NEW YORK, NY 10018

TELEPHONE 212 425 2600  FAX 212 971 0417



July 22, 2008

**VIA HAND DELIVERY**

Honorable Ronald L. Ellis
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1970
New York, NY 10007

        Re:    Gangadeen, et al. v. The City of New York, et al., 07 Civ. 10965 (DC)(RLE)

Dear Judge Ellis:

    I represent the plaintiffs in the above-referenced action and write to respectfully request, on consent of opposing counsel, an adjournment of the settlement conference before your Honor currently scheduled for this Thursday, July 24, 2008 at 2:30 pm. A settlement conference at this juncture would be premature, as neither party has had an opportunity to examine any evidence, and as such, is in no position to settle this matter. Both parties feel that adjourning this conference until a later date would be more efficient and productive for all involved. Furthermore, neither counsel for the City nor counsel for plaintiffs presently have any authority to settle this matter. No other requests for an adjournment of this conference have been made.

    Accordingly, I respectfully request an adjournment of the settlement conference currently scheduled for Thursday, July 24, 2008 at 2:30 pm, and request that the parties be able to contact your Honor at a time when a productive conference can take place.

*Settlement Conference adjourned to 9-25-08 at 11 cl[...]*

**SO ORDERED**

*Ronald /s/ Ellis  7-23-08*

MAGISTRATE JUDGE RONALD L. ELLIS

Respectfully submitted,

Walker G. Harman, Jr.

Cc:    Isaac Klepfish, Esq.
       (Via Facsimile 212-788-0877)