```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-5-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILFORD GANGADEEN, et al.

                Plaintiffs,

    - against -

THE CITY OF NEW YORK, et al.,

                Defendants.

**ORDER**

07 Civ. 10965 (DLC) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    The above case, previously scheduled for a subsequent conference on Tuesday, September 25, 2008, at 11:00 a.m., is adjourned to Tuesday, October 28, 2008, at 11:00 a.m., in Courtroom 18D. If this date and time is inconvenient, please contact Michael Brantley at 212-805-0242 to reschedule.

**SO ORDERED this 5th day of September 2008**
New York, New York

                                                        _____
                                                        The Honorable Ronald L. Ellis
                                                        United States Magistrate Judge