```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
MILFORD GANGADEEN, RONALD BROW, SHARON   :
HALLOWAY, and AKINDRA REAPE,             :   07 CIV. 10965 (DLC)
                                         :
                Plaintiffs,              :   ORDER
                                         :
        -v-                              :
                                         :
THE CITY OF NEW YORK, NEW YORK CITY      :
DEPARTMENT OF HEALTH & MENTAL HYGIENE,   :
THOMAS R. FRIEDEN, SARAH BEATRICE,       :
THOMAS J. BREUERS, and MEYER, SUOZZI,    :
ENGLISH & KLEIN, P.C.,                   :
                                         :
                Defendants.              :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/09

DENISE COTE, District Judge:

For the reasons stated on the record at a telephone conference with the parties held on March 9, 2009, it is hereby

ORDERED that fact discovery must be completed by **April 3, 2009.**

IT IS FURTHER ORDERED that any motion for summary judgment must be served by **May 8, 2009**; opposition must be served by **May 29, 2009**; any reply is due **June 5, 2009.** At the time any reply is filed, defendants shall provide two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         March 9, 2009

                                    _____
                                            DENISE COTE
                                    United States District Judge