```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
MILFORD GANGADEEN, RONALD BROW, SHARON    :
HALLOWAY, and AKINDRA REAPE,              :    07 CIV. 10965 (DLC)
                                          :
                    Plaintiffs,           :    ORDER
                                          :
          -v-                             :
                                          :
THE CITY OF NEW YORK, NEW YORK CITY       :
DEPARTMENT OF HEALTH & MENTAL HYGIENE,    :
THOMAS R. FRIEDEN, SARAH BEATRICE,        :
THOMAS J. BREUERS, and MEYER, SUOZZI,     :
ENGLISH & KLEIN, P.C.,                    :
                                          :
                    Defendants.           :
                                          :
-----------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/9/09

DENISE COTE, District Judge:

On January 30, 2009, this Court dismissed plaintiff Ronald Brow's claims for failure to prosecute. On February 13, 2009, Brow filed a Motion to Object and Appeal. It is hereby

ORDERED that Brow must serve his Motion to Object and Appeal on counsel for the plaintiffs and the defendants by **March 13, 2009**.

SO ORDERED:

Dated:   New York, New York
         March 9, 2009

                              _____
                                    DENISE COTE
                              United States District Judge

ECF COPIES SENT TO:

Walker G. Harman, Jr.
Isaac Klepfish


COPY MAILED TO:

Ronald A. Brow
137-04 161st
Queens, NY 11434