```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
MILFORD GANGADEEN, RONALD BROW, SHARON:
HALLOWAY, and AKINDRA REAPE,          :   07 CIV. 10965 (DLC)
                                      :
                Plaintiffs,           :        ORDER
                                      :
          -v-                         :
                                      :
THE CITY OF NEW YORK, NEW YORK CITY   :
DEPARTMENT OF HEALTH & MENTAL HYGIENE,:
THOMAS R. FRIEDEN, SARAH BEATRICE,    :
THOMAS J. BREUERS, and MEYER, SUOZZI, :
ENGLISH & KLEIN, P.C.,                :
                                      :
                Defendants.           :
                                      :
-------------------------------------X
```



DENISE COTE, District Judge:

On January 30, 2009, this Court dismissed plaintiff Ronald Brow's claims for failure to prosecute. On February 13, 2009, Brow filed a Motion to Object and Appeal. On March 9, 2009, this Court ordered Brow to serve his motion on counsel for the plaintiffs and defendants by March 13, 2009. Having heard from counsel for plaintiffs and defendants that Brow has not served his motion on them, it is hereby

ORDERED that Brow's February 13, 2009 motion is denied for failure to comply with this Court's March 9, 2009 Order.

SO ORDERED:

Dated:   New York, New York
         April 1, 2009

                              _____
                                       DENISE COTE
                              United States District Judge

ECF COPIES SENT TO:

Walker G. Harman, Jr.
Isaac Klepfish


COPY MAILED TO:

Ronald A. Brow
137-04 161st
Queens, NY 11434